IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET HOOBLER et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.  3:17-CV-1397-D |
| UNUM LIFE INSURANCE COMPANY OF AMERICA et al., | § § § § | |
| Defendants. | § | |

## **ORDER**

Counsel has advised the court by letter that the parties have settled this case.  Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

August 8, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE