IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET HOOBLER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 3:17-cv-01397-D |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |

# STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Margaret Hoobler ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (together, the "Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release between the Parties, Plaintiff and Defendant stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between the Parties be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs be borne by the party incurring them.

**AGREED AND APPROVED:**

By: /s/ Scott Kitner
    Marc R. Stanley
    State Bar No. 19046500
    marcstanley@mac.com
    Martin Woodward
    State Bar No. 00797693
    mwoodward@stanleylawgroup.com
    Scott Kitner
    State Bar No. 24065563
    skitner@stanleylawgroup.com

STANLEY LAW GROUP
6116 North Central Expressway, Suite 1500
Dallas, Texas 75206
(214) 443-4300
(214) 443-0358 (Facsimile)

ATTORNEYS FOR PLAINTIFF


By: /s/ Dennis Lynch
    Dennis M. Lynch
    State Bar No. 90001506
    dennis.lynch@figdav.com
    Roshanak Khosravighasemabadi
    State Bar No. 24048587
    rosh.khosravi@figdav.com

FIGARI & DAVENPORT
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's ECF system to Marc R. Stanley, Martin Woodward, and Scott Kitner, Stanley Law Group, 6116 North Central Expressway, Suite 1500, Dallas, Texas 75206, on this the 5th day of September, 2017.

                                          /s/ Dennis M. Lynch
                                          Dennis M. Lynch