IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET HOOBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 3:17-CV-1397-D |
| | § | |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Margaret Hoobler ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") (together, the "Parties") have announced to the Court that the matters in controversy between and among them have been settled and that the consideration therefore has been paid in full and received.  In accordance with the Stipulation of Dismissal with Prejudice filed by the Parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable in the lawsuit are DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and court costs be borne by the party incurring them.

SIGNED September 5, 2017.


_____
UNITED STATES DISTRICT JUDGE

**AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1**

**AGREED AND APPROVED:**


By:    /s/ Scott Kitner
      Marc R. Stanley
      State Bar No. 19046500
      marcstanley@mac.com
      Martin Woodward
      State Bar No. 00797693
      mwoodward@stanleylawgroup.com
      Scott Kitner
      State Bar No. 24065563
      skitner@stanleylawgroup.com

STANLEY LAW GROUP
6116 North Central Expressway, Suite 1500
Dallas, Texas 75206
(214) 443-4300
(214) 443-0358 (Facsimile)

ATTORNEYS FOR PLAINTIFF


By:    /s/ Dennis Lynch
      Dennis M. Lynch
      State Bar No. 90001506
      dennis.lynch@figdav.com
      Roshanak Khosravighasemabadi
      State Bar No. 24048587
      rosh.khosravi@figdav.com

FIGARI & DAVENPORT
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT

**AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 2**